United States of America

Massachusetts, ss.                                        Civil Action

05  10478

Mayorazgo Export, S.L., Plaintiff
C/O Manual Azana
52-2nd a 04006            MAGISTRATE JUDGE
Almeria, Spain

RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK
DATE

              V.

Larry V. Lee d/b/a
Associated Fruit Traders
44 Saint Paul Street, STE 2
Brookline, Ma 02446

## COMPLAINT
## FACTS

1. The Plaintiff, Mayorazgo Export, S.L. is a Spanish Company engaged in the business of exporting fruits and vegetables from the foreign country of Spain.

2. The Defendant, Larry V. Lee d/b/a ASSOCIATED FRUIT TRADERS, is an individual who operated a business in Lexington, Massachusetts during the period of time that goods were shipped to the United States from Spain.

3. During the period of February to March 2002, the plaintiff shipped to the defendant peppers and tomatoes (imported goods) which the defendant received and distributed.

4. The plaintiff issued to the defendant several invoices with due dates of between 3/23/2002 and April 15, 2002. The total amount invoiced was $170,150.40, (See Exhibits A-H) The invoices were stated in U.S. Dollars.

5. The defendant has made a part payment of $263.90, plus has made payment on other prior invoices which are not part of this suit.

6. On May 15, 2002, the defendant acknowledged in writing that the goods received were in good ordered and that he had not received any complaints regarding the same from the clients (See Exhibit I).

7. Despite multiple demands, the defendant has neglected, declined, or refused to pay the balance due on account.

## COUNT I
## COMPLAINT ON ACCOUNT

Defendant, Larry V. Lee d/b/a ASSOCIATED FRUIT TRADERS owes plaintiff MAYORAZGO EXPORT, S.L., One Hundred Sixty Nine Thousand , Eight Hundred Sixty Six Dollars and fifty cents ($169,866.50) U.S. according to the account annexed as Exhibits A-H,

Wherefore the plaintiff demands judgment against the defendant for the sum of One Hundred Sixty Nine Thousand, Eight Hundred Sixty Six Dollars and fifty cents ($169,866.50) U.S. , interest, reasonable collection fees, and costs.

## COUNT II
## COMPLAINT FOR GOODS SOLD AND DELIVERED

The defendant, Larry V. Lee d/b/a ASSOCIATED FRUIT TRADERS owes plaintiff ($169,866.50) U.S. dollars for fruit and vegetable sold and delivered by plaintiff, MAYORAZGO EXPORT, S.L., to defendant or defendants nominee between February 1, 2002 and March 31, 2002.

Wherefore, the plaintiff demands judgment against defendant Larry V. Lee d/b/a ASSOCIATED FRUIT TRADERS, in the sum of $169,866.50 (U.S.) dollars, interest, reasonable collection fees and costs.

## COUNT III
## DECEIT OR FRAUD

The plaintiff, based upon prior business contacts with the defendant shipped and delivered imported goods to the defendant. The defendant Larry V. Lee, d/b/a ASSOCIATED FRUIT TRADERS, implied in several correspondence of difficulties in paying for the remaining balance due to the plaintiff. See the defendant correspondence dated March 19, 2002, May 13, 2002, May 15, 2002, June 12, 2002, July 17, 2002 and several emails dated 6/27/2003, 11/25/2003, March 10, 2004 where representations are made regarding payments, and further representations are made acknowledging the debt.

The correspondence (s) are attached hereto as Exhibits J, K, I, L, M, N, O, and P, and set forth the basis for plaintiff claim of deceit or fraud which resulted in unfair and deceptive business practice. The actions caused the plaintiff to defer in bringing suit on the imported goods causing the plaintiff hardships in its business.

Wherefore, the plaintiff demand judgment for its damages, treble damages, and attorney's fees permitted by M.G. L. C 93A.

PLAINTIFF DEMANDS A JURY TRIAL

MAYORAZGO EXPORT, S.L.
by its attorney

Eugene W. Downing, Jr.
363 Massachusetts Ave. #204
Lexington, Ma 02420
781-863-2400
DATE:
BBO: 133160

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Mayorazgo Export, S.L.

**DEFENDANTS**

Larry Lee d/b/a
Associated Fruit Traders

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Norfolk
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Eugene W. Downing, Jr.
363 Massachusetts Ave, STE 204
Lexington, Ma  02420
BBO: 133160 781-863-2400

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION  (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES  (PLACE AN × IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☒3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION  (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Breach of contract, failure to pay for sales of goods
(fruits & vegtables) imports to United States. See United Nations Convention
on contracts for the International Sale of Goods in force Aug. 1, 1991.
( 1/1/88 for U.S)

## V. NATURE OF SUIT  (PLACE AN × IN ONE BOX ONLY)

### CONTRACT

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment
& Enforcement of
Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted
Student Loans
(Excl. Veterans)
☐ 153 Recovery of Overpayment
of Veteran's Benefits
☐ 160 Stockholders' Suits
☒ 190 Other Contract
☒ 195 Contract Product Liability

### REAL PROPERTY

☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product
Liability
☐ 320 Assault, Libel &
Slander
☐ 330 Federal Employers'
Liability
☐ 340 Marine
☐ 345 Marine Product
Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle
Product Liability
☐ 360 Other Personal
Injury

**PERSONAL INJURY**
☐ 362 Personal Injury—
Med Malpractice
☐ 365 Personal Injury—
Product Liability
☐ 368 Asbestos Personal
Injury Product
Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal
Property Damage
☐ 385 Property Damage
Product Liability

### CIVIL RIGHTS

☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/
Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

### PRISONER PETITIONS

☐ 510 Motions to Vacate
Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Other

### FORFEITURE/PENALTY

☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of
Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

### LABOR

☐ 710 Fair Labor Standards
Act
☐ 720 Labor/Mgmt.
Relations
☐ 730 Labor/Mgmt.
Reporting &
Disclosure Act
☐ 740 Railway Labor
Act
☐ 790 Other Personal
Labor Litigation
☐ 791 Empl. Ret. Inc.
Security Act

### BANKRUPTCY

☐ 422 Appeal
28 USC 158
☐ 423 Withdrawal
28 USC 157

### PROPERTY RIGHTS

☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY

☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS

☐ 870 Taxes (U.S. Plaintiff
or Defendant)
☐ 871 IRS—Third Party
26 USC 7609

### OTHER STATUTES

☐ 400 State
Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and
Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge
12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization
Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of
Information Act
☐ 900 Appeal of Fee Determination
Under Equal Access to
Justice
☐ 950 Constitutionality of
State Statutes
☐ 890 Other Statutory
Actions

## VI. ORIGIN  (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

Transferred from
☐ 5 another district
(specify)

☐ 6 Multidistrict
Litigation

Appeal to District
☐ 7 Judge from
Magistrate
Judgment

## VII. REQUESTED IN  COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** (US)
☐ UNDER F.R.C.P. 23

**DEMAND $**
$169,866,50

Check YES only if demanded in complaint:
**JURY DEMAND:**  ☒ YES  ☐ NO

## VIII. RELATED CASE(S)  IF ANY  (See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE  2/8/2005

SIGNATURE OF ATTORNEY OF RECORD  Eugene W. Downing Jr.

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Mayorazgo Export V. Lee

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE
   LISTED ON THE CIVIL COVER SHEET.  (SEE LOCAL RULE 8(a)).

   ___   I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ___   II.   195, 368, 400, 440, 441-444, 540, 550,
               625, 710, 720, 730, 740, 790,791, 820, 830,
               840, 850, 890, 892-894, 895, 950.

    X    III.  110, 120, 130, 140, 151, 190, 210, 230,
               240, 245, 290, 310, 315, 320, 330, 340,
               345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   ___   IV.   220, 422, 423, 430, 460, 510, 530, 610,
               620, 630, 640, 650, 660, 690, 810, 861-865,
               870, 871, 875, 900.

   ___   V.    150, 152, 153.

5  10478  NG

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES.  (SEE LOCAL RULE 8(e)).
   _____ N.A _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN
   FILED IN THIS COURT?___No_____

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS
   AFFECTING THE PUBLIC INTEREST?_No_____
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?  (SEE 28 USC 2403)
   _____

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES
   PURSUANT TO TITLE 28 USC 2284?_No_____

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF
   MASSACHUSETTS (WORCESTER COUNTY) - SEE LOCAL RULE 8(c).  XXX No
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - SEE
   LOCAL RULE 8(d).  XXX No_____

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN
   SECTIONS OF THE DISTRICT?  XXX No_____
   (a)    IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?_____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Eastern

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY
    GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE
    IN THE CENTRAL SECTION N.A_____ OR WESTERN SECTION____N.A____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME____Eugene W. Downing, Jr.

ADDRESS___363 Mass. Ave, #204, Lexington, Ma  02420

TELEPHONE NO.781-863-2400

(COVER.SHT-09/89)

# EUGENE W. DOWNING, JR.

**ATTORNEY AT LAW**

Eugene W. Downing, Jr.

363 Massachusetts Avenue, Suite 204
Lexington, Massachusetts 02420-4027

(781) 863-2400
Fax (781) 863-2405
Toll Free 1 (888) 709-2400

FILED
IN CLERKS OFFICE

2005 MAR -4 P 2: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

(781) 863-2405

March 3, 2005

Civil Clerk
United States District Court for the
District of Massachusetts
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, Ma 02210

Re: Entry of Civil Suit

Dear Sir/ Madam,

Enclosed, please find Plaintiff's complaint, civil cover sheets, Appearance form for docketing.

Please forward to my office a summons in the enclosed, self addressed stamped envleope. Please advise as to docket number.

Thank you for your prompt attention to this matter.

Very truly yours,

Eugene W. Downing, Jr.
Cc: file
enclosures: as stated
CK # 1439, $150.00

PLAINTIFF'S
EXHIBIT
A



29/11/2004  16:57    +34-950 02842          MAYORAZGO EXPORT  ...L

# MAYORAZGO EXPORT

IMPORT · EXPORT

Manuel Azaña 52, 1 - 2ª A
04008 Almería (España)
Teléfonos: (34) 950 622 840 - 1
Fax: (34) 950 622 842
e-mail: mayorazgo@infonegocio.com

# FACTURA

| FECHA SALIDA | DESTINO | MATRICULA |
|---|---|---|
| 23/02/02 | BOSTON (EEUU) | GR-2346-R |

| REFERENCIA | Nº CLIENTE | FECHA FACTURA |
|---|---|---|
| 230201 | 4302000008 | 23/02/02 |

| POR | AWB/CONT | FACTURA Nº |
|---|---|---|
| AVIÓN | 125/6233 7472 | 057 |

PAID : $263,90

BALANCE DUE: $23.925,30

ASSOCIATED FRUIT TRADERS
363 Massachusetts Avenue, Suite 204
Lexington, MA 02420
ESTADOS UNIDOS

| MARCA | DESCRIPCIÓN | CANT. | PRECIO | IMPORTE |
|---|---|---|---|---|
| PARAFRUTS | CTNS CLUSTERS | 500 | $13,60 | $8.800,00 |
| EJIDOGREEN | CTNS RED PEPPERS | 720 | $12,55 | $9.036,00 |
| EJIDOGREEN | CTNS YELLOW PEPPERS | 360 | $14,35 | $5.166,00 |
| EJIDOGREEN | CTNS ORANGE PEPPERS | 192 | $16,60 | $3.187,20 |
| | | 1.772 BOXES | | |

TRANSFERS TO:
BANCO DE ANDALUCIA
Acc: 0004 3080 84 0601255730
Almería, Spain
CashBank: GP Morgan (NY)
I.B.A.N: ES75 0004 3080 8406 0125 5730
Swift: Bandesss

| IMPORTE TOTAL | | IVA | IMPORTE BRUTO |
|---|---|---|---|
| **24.189,20 USD** | | 0 | **24.189,20 USD** |

Registro Mercantil de Almería, Folio 47, Tomo 394, Sección 8ª del Libro de Sociedades, Hoja AL-11580 – N.I.F. ESB-04310587

29/11/2004  16:57  +34-950 2842    MAYORAZGO EXPORT L


PLAINTIFF'S
EXHIBIT

# MAYORAZGO EXPORT

IMPORT · EXPORT

Manuel Azaña 52, I - 2° A
04006 Almería (España)
Teléfonos: (34) 950 622 840 - 1
Fax: (34) 950 622 842
e-mail: mayorazgo@infonegocio.com

## FACTURA

| FECHA SALIDA | DESTINO | MATRICULA |
|---|---|---|
| 26/02/02 | BOSTON (EEUU) | AL-2794-R |

| REFERENCIA | N° CLIENTE | FECHA FACTURA |
|---|---|---|
| 260201 | 4302000006 | 26/02/02 |

| POR | AWB/CONT | FACTURA N° |
|---|---|---|
| AVIÓN | 125/6233 7601 | 060 |

ASSOCIATED FRUIT TRADERS
363 Massachusetts Avenue, Suite 204
Lexington, MA 02420
ESTADOS UNIDOS

| MARCA | DESCRIPCIÓN | CANT. | PRECIO | IMPORTE |
|---|---|---|---|---|
| PARAFRUTS | CTNS CLUSTERS | 500 | $15,10 | $7.550,00 |
| EASY CHOICE | CTNS RED PEPPERS | 700 | $13,45 | $9.415,00 |
| EASY CHOICE | CTNS YELLOW PEPPERS | 350 | $14,35 | $5.022,50 |
| EASY CHOICE | CTNS ORANGE PEPPERS | 168 | $16,60 | $2.788,80 |
| | | **1.718** BOXES | | |

TRANSFERS TO:
BANCO DE ANDALUCIA
Acc: 0004 3080 84 0601255730
Almeria, Spain
CashBank: GP Morgan (NY)
I.B.A.N: ES75 0004 3080 8406 0125 5730
Swift: Bandesss

| IMPORTE TOTAL | IVA | IMPORTE BRUTO |
|---|---|---|
| **24.776,30 USD** | 0 | 24.776,30 USD |

29/11/2004  16:57  +34-95P  2842    MAYORAZGO EXPORT



PLAINTIFF'S
EXHIBIT

# MAYORAZGO EXPORT

IMPORT · EXPORT

Manuel Azaña 52, 1 - 2ª A
04008 Almería (España)
Teléfonos: (34) 950 622 840 - 1
Fax: (34) 950 622 842
e-mail: mayorazgo@infonegocio.com

# FACTURA

| FECHA SALIDA | DESTINO | MATRICULA |
|---|---|---|
| 27/02/02 | NEWARK (EEUU) | AL-3254-R |

| REFERENCIA | Nº CLIENTE | FECHA FACTURA |
|---|---|---|
| 270201 | 4302000006 | 27/02/02 |

| POR | AWB/CONT | FACTURA Nº |
|---|---|---|
| AVION | 125/6233 7645 | 061 |

ASSOCIATED FRUIT TRADERS
363 Massachusetts Avenue, Suite 204
Lexington, MA 02420
ESTADOS UNIDOS

| MARCA | DESCRIPCIÓN | CANT. | PRECIO | IMPORTE |
|---|---|---|---|---|
| PARAFRUTS | CTNS CLUSTERS | 800 | 15,10 | 12.080,00 USD |
| EJIDOGREEN | CTNS RED PEPPERS | 192 | 13,45 | 2.582,40 USD |
| EJIDOGREEN | CTNS YELLOW PEPPERS | 312 | 14,35 | 4.477,20 USD |
| EJIDOGREEN | CTNS ORANGE PEPPERS | 144 | 16.60 | 2.390,40 USD |
| | | **1.448** BOXES | | |
| TRANSFERS TO: BANCO DE ANDALUCIA Acc: 0004 3080 84 0601255730 Almería, Spain CashBank: GP Morgan (NY) I.B.A.N: ES75 0004 3080 8406 0125 5730 Swift: Bandesss | | | | |

| IMPORTE TOTAL | | IVA | IMPORTE BRUTO |
|---|---|---|---|
| **21.530,00 USD** | | 0 | 21.530,00 USD |

Registro Mercantil de Almería, Folio 47, Tomo 394, Sección 8ª del Libro de Sociedades, Hoja AL-11580 – N.I.F. ESB-04310587

· 29/11/2004 16:57 +34-950· ·842    MAYORAZGO EXPORT

PLAINTIFF'S
EXHIBIT

# MAYORAZGO EXPORT

IMPORT · EXPORT

Manuel Azaña 52, 1 - 2° A
04006 Almería (España)
Teléfonos: (34) 950 622 840 - 1
Fax: (34) 950 622 842
e-mail: mayorazgo@infonegocio.com

## FACTURA

| FECHA SALIDA | DESTINO | MATRICULA |
|---|---|---|
| 01/03/02 | BOSTON (EEUU) | AL-3254-R |

| REFERENCIA | N° CLIENTE | FECHA FACTURA |
|---|---|---|
| 010301 | 4302000006 | 01/03/02 |

| POR | AWB/CONT | FACTURA N° |
|---|---|---|
| AVION | 125/6233 7660 | 062 |

ASSOCIATED FRUIT TRADERS
363 Massachusetts Avenue, Suite 204
Lexington, MA 02420
ESTADOS UNIDOS

| MARCA | DESCRIPCIÓN | CANT. | PRECIO | IMPORTE |
|---|---|---|---|---|
| PARAFRUTS | CTNS CLUSTERS | 600 | 15,10 | 9.060,00 USD |
| EASY CHOICE | CTNS RED PEPPERS | 946 | 13,45 | 12.723,70 USD |
| EASY CHOICE | CTNS YELLOW PEPPERS | 202 | 14,35 | 2.898,70 USD |
| | | **1.748** BOXES | | |

TRANSFERS TO:
BANCO DE ANDALUCIA
Acc: 0004 3080 84 0601255730
Almería, Spain
CashBank: GP Morgan (NY)
I.B.A.N: ES75 0004 3080 8406 0125 5730
Swift: Bandesss

| IMPORTE TOTAL | IVA | IMPORTE BRUTO |
|---|---|---|
| **24.682,40 USD** | 0 | 24.682,40 USD |

Registro Mercantil de Almería, Folio 47, Tomo 394, Sección 8ª del Libro de Sociedades, Hoja AL-11580 – N.I.F. ESB-04310587



PLAINTIFF'S
EXHIBIT

# MAYORAZGO EXPORT

IMPORT · EXPORT

Manuel Azaña 52, I - 2ª A
04006 Almería (España)
Teléfonos: (34) 950 822 840 - 1
Fax: (34) 950 822 842
e-mail: mayorazgo@infonegocio.com

# FACTURA

| FECHA SALIDA | DESTINO | MATRICULA |
|---|---|---|
| 04/03/02 | BOSTON (EEUU) | R-0537-BBC |

| REFERENCIA | Nº CLIENTE | FECHA FACTURA |
|---|---|---|
| 40301 | 4302000006 | 04/03/02 |

| POR | AWB/CONT | FACTURA Nº |
|---|---|---|
| AVIÓN | 125/6233 7656 | 066 |

ASSOCIATED FRUIT TRADERS
363 Massachusetts Avenue, Suite 204
Lexington, MA 02420
ESTADOS UNIDOS

| MARCA | DESCRIPCIÓN | CANT. | PRECIO | IMPORTE |
|---|---|---|---|---|
| EJIDOGREEN | CTNS RED PEPPERS | 432 | $13,45 | $5.810,40 |
| EASY CHOICE | CTNS RED PEPPERS | 350 | $13,45 | $4.707,50 |
| EJIDOGREEN | CTNS YELLOW PEPPERS | 192 | $14,35 | $2.755,20 |
| EASY CHOICE | CTNS YELLOW PEPPERS | 140 | $14,35 | $2.009,00 |
| EJIDOGREEN | CTNS ORANGE PEPPERS | 72 | $17,25 | $1.242,00 |
| | | **1.186** BOXES | | |

TRANSFERS TO:
BANCO DE ANDALUCIA
Acc: 0004 3080 84 0601255730
Almeria, Spain
CashBank: GP Morgan (NY)
I.B.A.N: ES75 0004 3080 8406 0125 5730
Swift: Bandesss

| IMPORTE TOTAL | | IVA | IMPORTE BRUTO |
|---|---|---|---|
| **16.524,10 USD** | | 0 | 16.524,10 USD |

29/11/2004  16:57    +34-950 22842                    MAYORAZGO EXPORT L

PLAINTIFF'S
EXHIBIT

# MAYORAZGO EXPORT
IMPORT · EXPORT

Manuel Azaña 52, 1 - 2ª A
04006 Almería (España)
Teléfonos: (34) 950 622 840 - 1
Fax: (34) 950 622 842
e-mail: mayorazgo@infonegocio.com

## FACTURA

| FECHA SALIDA | DESTINO | MATRICULA |
|---|---|---|
| 08/03/02 | BOSTON (EEUU) | B-21860-R |

| REFERENCIA | Nº CLIENTE | FECHA FACTURA |
|---|---|---|
| 080301 | 4302000006 | 08/03/02 |

| POR | AWB/CONT | FACTURA Nº |
|---|---|---|
| AVIÓN | 125/6233 7542 | 069 |

ASSOCIATED FRUIT TRADERS
363 Massachusetts Avenue, Suite 204
Lexington, MA 02420
ESTADOS UNIDOS

| MARCA | DESCRIPCIÓN | CANT. | PRECIO | IMPORTE |
|---|---|---|---|---|
| EJIDOGREEN | CTNS RED PEPPERS | 720 | $14,00 | $10.080,00 |
| EJIDOGREEN | CTNS YELLOW PEPPERS | 432 | $14,00 | $6.048,00 |
| EJIDOGREEN | CTNS ORANGE PEPPERS | 72 | $17,00 | $1.224,00 |
| | | 1.224 BOXES | | |

TRANSFERS TO:
BANCO DE ANDALUCIA
Acc: 0004 3080 84 0601255730
Almeria, Spain
CashBank: GP Morgan (NY)
I.B.A.N: ES75 0004 3080 8406 0125 5730
Swift: Bandesss

| IMPORTE TOTAL | | IVA | IMPORTE BRUTO |
|---|---|---|---|
| 17.352,00 USD | | 0 | 17.352,00 USD |

Registro Mercantil de Almería, Folio 47, Tomo 394, Sección 8ª del Libro de Sociedades, Hoja AL-11580 – N.I.F. ESB-04310587

29/11/2004  16:57  +34-950 22842                    MAYORAZGO EXPORT SL

PLAINTIFF'S
EXHIBIT

# MAYORAZGO EXPORT 

IMPORT · EXPORT

Manuel Azaña 52, 1 - 2ª A
04006 Almería (España)
Teléfonos: (34) 950 622 840 - 1
Fax: (34) 950 622 842
e-mail: mayorazgo@infonegocio.com

## FACTURA

| FECHA SALIDA | DESTINO | MATRICULA |
|---|---|---|
| 11/03/02 | BOSTON (EEUU) | MA-2270-R |

| REFERENCIA | Nº CLIENTE | FECHA FACTURA |
|---|---|---|
| 110301 | 4302000006 | 11/03/02 |

| POR | AWB/CONT | FACTURA Nº |
|---|---|---|
| AVIÓN | 125/6743 9481 | 072 |

ASSOCIATED FRUIT TRADERS
363 Massachusetts Avenue, Suite 204
Lexington, MA 02420
ESTADOS UNIDOS

| MARCA | DESCRIPCIÓN | CANT. | PRECIO | IMPORTE |
|---|---|---|---|---|
| EJIDOGREEN | CTNS RED PEPPERS | 1.128 | $14,00 | $15.792,00 |
| EJIDOGREEN | CTNS YELLOW PEPPERS | 360 | $14,00 | $5.040,00 |
| EJIDOGREEN | CTNS ORANGE PEPPERS | 144 | $17,00 | $2.448,00 |
| | | **1.632** BOXES | | |

TRANSFERS TO:
BANCO DE ANDALUCIA
Acc: 0004 3080 84 0601255730
Almería, Spain
CashBank: GP Morgan (NY)
I.B.A.N: ES75 0004 3080 8406 0125 5730
Swift: Bandesss

| IMPORTE TOTAL | IVA | IMPORTE BRUTO |
|---|---|---|
| **23.280,00 USD** | 0 | 23.280,00 USD |

29/11/2004   16:57   +34-95P  2842          MAYORAZGO EXPORT  L

PLAINTIFF'S
EXHIBIT
1-1

# MAYORAZGO EXPORT

IMPORT · EXPORT

Manuel Azaña 52, I - 2º A
04006 Almería (España)
Teléfonos: (34) 950 622 840 - 1
Fax: (34) 950 622 842
e-mail: mayorazgo@infonegocio.com

# FACTURA

| FECHA SALIDA | DESTINO | MATRICULA |
|---|---|---|
| 15/03/02 | BOSTON (EEUU) | R-4519-BBH |

| REFERENCIA | Nº CLIENTE | FECHA FACTURA |
|---|---|---|
| 150301 | 4302000006 | 15/03/02 |

| POR | AWB-CONT | FACTURA Nº |
|---|---|---|
| AVIÓN | 125/6233 7704 | 076 |

ASSOCIATED FRUIT TRADERS
363 Massachusetts Avenue, Suite 204
Lexington, MA 02420
ESTADOS UNIDOS

| MARCA | DESCRIPCIÓN | CANT. | PRECIO | IMPORTE |
|---|---|---|---|---|
| EJIDOGREEN | CTNS RED PEPPERS | 792 | $14,45 | $11.444,40 |
| EJIDOGREEN | CTNS YELLOW PEPPERS | 288 | $14,45 | $4.161,60 |
| EJIDOGREEN | CTNS ORANGE PEPPERS | 144 | $15,35 | $2.210,40 |
| | | **1.224 BOXES** | | |

TRANSFERS TO:
BANCO DE ANDALUCIA
Acc: 0004 3080 84 0601255730
Almeria, Spain
CashBank: GP Morgan (NY)
I.B.A.N: ES75 0004 3080 8406 0125 5730
Swift: Bandesss

| IMPORTE TOTAL | | IVA | IMPORTE BRUTO |
|---|---|---|---|
| **17.816,40 USD** | | 0 | 17.816,40 USD |

Registro Mercantil de Almería, Folio 47, Tomo 394, Sección 8ª del Libro de Sociedades, Hoja AL-11580 – N.I.F. ESB-04310587



PLAINTIFF'S
EXHIBIT

# Associated Fruit Traders

*Importers of Fresh Fruits & Vegetables*
363 Massachusetts Ave., Suite 204
Lexington, MA  02420
Phone 781-676-0605  Fax 781-676-0691

15 May 02

Dear Manuel

Thanks for your fax this morning.  I understand of course your great
concern about my debt to you, a concern I want you to know I am carrying
as well.  It is my intention to do everything in my power to get this
resolved.

Manuel, my situation right now is the result of setbacks in the business
over the last couple of years.  We are in fact in the negative about
$300,000 as a result of these setbacks.  As well, due to short business at
the moment, we are not currently generating the cash flow necessary to
really hit into our debt to you in a big way for the moment.  I described to
you on the phone the current setback of two or three deals which we were
really counting on and have not materialized.  This has further slowed us
down.

I fully agree that you delivered your goods to me in good order and that my
customers and I do not have any complaints on the product.  Therefore
you are entitled to be paid in full.

As I stated in my letter, it will take quite awhile for me to get turned around
and in a better position to pay down my outstanding debt to you.  With all
respect I can only say at the moment you will need to accept this situation
as it is right now  and allow me the time and room to find a way to satisfy
my obligation to you.   I know this is unsatisfactory for you but it is the
reality.  I will not have large sums in the near future to send to you.  I will
try by Friday this week to get out $10-15,000 and so on for the next few
weeks until I can see an improvement in business in which case I will pick
it up.

Best regards
Larry



PLAINTIFF'S
EXHIBIT

# Associated Fruit Traders

*Importers of Fresh Fruits & Vegetables*
363 Massachusetts Ave., Suite 204
Lexington, MA  02420
Phone 781-676-0605  Fax 781-676-0691

3/19/02

TO:  Mayorazgo
ATTN:  Manuel Sr.

Good Day Manuel

Sorry I wasn't able to take your call as I was in traffic in Boston at the time.

I tried calling your office a little bit ago but no answer.  Perhaps you were out to lunch.

I wanted to wire money last week but I am having trouble myself getting money in from customers who are just plain slow.  Business is really difficult overall and everyone is dragging.   This is not to mean we won't get paid but people are slow.

It is going to take me about 6-7 weeks to get you cleaned up.   I will wire 60-80,000.00 this week and will keep after it on that basis until we get it all cleaned up.  I know this is unacceptably slow for you and I appreciate your patience.   Please rest assured we will clean it all up in the next several weeks.

I recognize this will cause you to take a different look for next season but I want you to know I will get this taken care of and hope you will continue to be a little patient in the process.

Larry

FILE No.296 10/31 '03 21:01    .D:Konica 7410                 FAX:



# Associated Fruit Traders

May 13, 2002

Mr. Manuel Lopez
Mayorazgo Export
Manuel Azana 52, 1-2 A
04006 Almeria (Spain)

Dear Manuel

This letter acknowledges our still outstanding USD 281,619.10 as of this date to Mayorazgo Export payable for peppers and tomatoes for the just finished season.

As we have discussed, due to a major slowdown in the trade here in the northeast U.S. in part due to the events of September 11, as well as a very sluggish economy and the delay in a number of our normal produce deals we are experiencing some significant economic difficulty at the moment resulting in our inability to pay this outstanding amount to you immediately.

However, I would like to confirm our intention to get this outstanding money paid to you as soon as feasible for us to do so.   I hope to make some significant headway in the next 6-8 weeks.

As discussed, instead of waiting to build large transfer amounts, I will attempt to send smaller transfers over the next few weeks to keep the money moving.

I realize this is difficult for you but please be assured we will do all to fully meet this obligation.

Sincerely

Larry V. Lee
Owner

From: Larry V. Lee  To: Fruterra                                    Date: 6/12/2002  Time: 8:22:32 AM


PLAINTIFF'S
EXHIBIT

# Associated Fruit Traders

*Importers of Fresh Fruits & Vegetables*
363 Massachusetts Ave., Suite 204
Lexington, MA  02420
Phone 781-676-0605   Fax 781-676-0691

12 June 02

Good Day Manuel

Please forgive my lack of communication the last few days as I have been in and out of my office working on a number of things.

My lease on the present office space is coming to an end and I decided to move my office to my home in an effort to cut down on all expenses possible.  However our condo is in a very old building in the Boston area and it has been difficult arranging for phone lines, computer access, etc. into this old building.  This has occupied my time for the last few days. Also, I am attempting to empty out boxes and boxes of old records as I make this move.  It's all mechanical and tedious but necessary.

Business continues to be very difficult at the moment and my cash flow is down to the lowest point it has been in the years I have been in business for myself.  I cannot for the moment make any transfers but I do have positive news for the near future.  It looks very favorable we will have a substantial mango business from Brazil beginning in August.  This will carry into Jan/Feb of next year.  I believe we will handle 500-750,000 packages.   This comes as a result of a good job we did for some growers last season and they are increasing with us as well as adding some additional players.

As well, we are working on a Chile deal on grapes for this winter which will carry us through.

Manuel, I honestly don't know how long it will take for me to get cleaned up with you but I am making every effort to to get into a position to do so.  I must tell you however it's going to take some time.   I will keep you advised.

Larry



PLAINTIFF'S
EXHIBIT

FILE No.527 01/04 '04 20:12  ID:Konica 7410          FAX:

# Associated Fruit Traders

*Importers of Fresh Fruits & Vegetables*
363 Massachusetts Ave., Suite 204
Lexington, MA   02420
Phone 781-676-0605   Fax 781-676-0691


7/17/02


TO:  Frutera
ATTN:  Manuel Sr.

RE:  Payment

Manuel

I have this morning wired USD 8,000.   Please apply $5,600 to your number  020203 which will clean this one up     Please apply $2,400 to your 150201 to start.

There will be more coming.  We are starting mangos in a couple of weeks and I am getting some new business on apples, melons and some Holland. Please continue to bear with me.    Thanks for your patience.

I am traveling again this week for business.    I will speak with you early next week.


Best regards
Larry

PLAINTIFF'S
EXHIBIT

A

**manolo lopez**

| | |
|---|---|
| **De:** | "Larry Lee" <LVLee@attbi.com> |
| **Para:** | "manolo lopez" <FRUTERA_MANOLO@telefonica.net> |
| **Enviado:** | viernes, 27 de junio de 2003 15:54 |
| **Asunto:** | Re: outstanding debt |

Manuel

Tks your fax. I have been again in Chile/Brazil and we are now starting a good program on lemons/avos out of Chile to be followed by cherries/grapes/apples/pears/kiwi. Target is about 1.2m pkgs this season. Brazil is about 600,000 pkgs of mangos (beginning in Aug), with grapes, ginger, limes, murcots and other items. I have successfully established agents for Bacchus in both Chile and Brazil and we are working daily now with packers/exporters to get underway. My deal with Bacchus is a percentage of gross sales on a quarterly basis. In the meantime they are paying for me to make these trips. I go back to Chile/Brazil mid August and we are also working in Peru/Ecuador/Costa Rica for mangos/pineapple. I expect to make 2-3 more trips down there through Dec/Jan. Also will be targeting 100,000 apples/pears out of NZ and have suppliers in line for this program.

I have consciously decided to make a full transition to this effort. Therefore not much selling going on through AFT at the moment. By September, I will be able to make substantial gains in finishing my outstanding balance with you. Bacchus will begin advancing me some $$ in Jul/Aug and perhaps I can start earlier sending to you. I know this is trying for you but please rest assured you are on the top of my list to get cleaned up. I am working hard to completely restructure for the future.

As for the future, Bob Jajkowski will be in Spain Jul 21st for severals days working on the clementine business. He is not coming south but will be in Valencia for 3-4 days. I don't know if you would be able, but perhaps you could meet him there. There is good potential business for the future now that we have the NY office in place (they are working the Holland deal) and it may be worthwhile to meet.

Bob's email is bob@bacchusfresh.com and phones are office 630-739-9289 and cell 630-240-8784. I will also give him your info. You should know my longterm plans are with Bacchus so give it some thought. As discussed, I can continue this season as AFT working the existing customers but the longterm outlook is with Bacchus.

B. Rgds. Larry

> ----- Original Message -----
> **From:** manolo lopez
> **To:** larry lee
> **Sent:** Friday, June 27, 2003 9:28 AM
> **Subject:** outstanding debt
>
> hello larry,
> i havent heard from you from a long time. i presume you must be travelling a lot. trust you are doing well and all your volume expectations are coming to reality so that eventually you can see light after the tunnel. however i would like to hear from you whenever is possible to find out how things are going at your end and how you see your possibilities to send something to keep reducing the outstanding debt we still have. pls let me know something. although i am not pushing too much i do have a lot of pressure at this end with your account.
> waiting to hear from you.
> regards
> manolo

30/06/03


PLAINTIFF'S
EXHIBIT

**manolo lopez**

| | |
|---|---|
| **De:** | "Larry Lee" <larry.v.lee@comcast.net> |
| **Para:** | "manolo lopez" <FRUTERA_MANOLO@telefonica.net> |
| **Enviado:** | martes, 25 de noviembre de 2003 15:44 |
| **Asunto:** | peppers/tomatoes |

Manuel

As we are getting close to the start date on peppers/tomatoes for USA, please update me on the crop situation and what you expect prices to be for Dec 1 if it's not too early to say.

I will be in contact with various parties today to check out the market situation as we see it here and the outlook for December.  Also, I'm checking on the Holland situation but would be interested to know what you know on Holland from your end.

Chile is starting.  Hoping now to start sending some money on old biz in December.  It's been a long time and a lot of effort to turn a corner here but I believe we will make significant headway based on the programs we have been able to put in place.  I believe it will be a very decent winter business here.   Haven't for one moment stopped thinking about my debt with you Manuel.

In any case, give me an update and ideas to get started.  Also, some ideas on different airports, i.e. Chicago, Newark, JFK, Philly, etc.

Thanks
Larry

17/12/03

PLAINTIFF'S EXHIBIT 

## manolo lopez

| | |
|---|---|
| **De:** | "Larry Lee" <larry.v.lee@comcast.net> |
| **Para:** | "manolo lopez" <FRUTERA_MANOLO@telefonica.net> |
| **Enviado:** | miércoles, 10 de marzo de 2004 18:09 |
| **Asunto:** | Fw: contact |

Manuel, sorry for the silence but am traveling in Chile for several weeks for Bacchus trying to resolve some difficulties and problems which have occured in trying to get out business going there.  I will be back in Boston sometime toward end of March and will make contact with you then.  All is okay but just dealing with some setbacks and frustrations.  What a business this produce business is.  Anyway I'll be in touch.  Larry

—— Original Message —
**From:** Bob Jajkowski
**To:** 'Larry Lee'
**Sent:** Wednesday, March 10, 2004 9:51 AM
**Subject:** FW: contact

| | |
|---|---|
| ☒ | Importers and distributors of premium fruits and vegetables |
| **Bob Jajkowski (Bob@Bacchusfresh.com)**<br>*President* | 800 Roosevelt Road<br>Building A, Suite 212<br>Glen Ellyn, Illinois 60137 |
| | tel: (630) 858-6040<br>fax: (630) 858-6065 |
| Bob@Bacchusfresh.com | *Want a signature like this?* |
| Powered by Plaxo | |

**From:** manolo lopez [mailto:FRUTERA_MANOLO@telefonica.net]
**Sent:** 3/10/2004 5:49 AM
**To:** Bob@Bacchusfresh.com
**Cc:** manolo lopez Jr
**Subject:** contact

Good morning Bob,
Trust you are keeping well and things going ok at your end.
Sorry to bother you, but since we talked over the phone several weeks ago, I have not heard anything from Larry Lee. Last I heard from him was January 30th. I sent an email to him on February 4th and and March 4th but I have no reply from him. I tried both telephones I have ( office and celular ) and it seems they are not function properly. I was wondering if you can provide me with his correct phonenumbers so I can get hold of him, I am very concerned about the situation. Your help on this matter would be highly appreciatted.
Best regards
Manolo Lopez

11/03/04