AO 458 (Rev. 5/85)  Appearance



# United States District Court

Eastern _____ DISTRICT OF Massachusetts

**APPEARANCE**

CASE NUMBER: 05 10478 NG

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for    Plaintiff

        Mayorazgo Export, S.L.
        C/O Manuel Azana
        52-2nd a   04006
        Almeria, Spain

February 8, 2005
*Date*

*Signature*

Eugene W. Downing, Jr.
*Print Name*

363 Massachusetts Ave, STE 204
*Address*

Lexington, Ma   02420
*City*    *State*    *Zip Code*

781-863-2400
*Phone Number*