# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Massachusetts

MAYORAZGO EXPORT, S.L.

V.

Larry V Lee d/b/a
Associated FRUIT TRADERS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 10478 NG

TO: (Name and address of Defendant)

Larry V Lee
44 St Paul Street, Ste 2
Brookline, MA 02446

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eugene W Downing Jr
363 Mass Ave, Ste 204
Lexington, Ma 02420

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: MAR 14 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/30/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eugene W. Downing Jr | Attorney at Law |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Service Accepted by Defendant's Attorney; See Acceptance of Service attached

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/31/2005
              Date

Signature of Server: Eugene W. Downing

Address of Server: 363 Mass Ave, Ste 204, Lexington 02420

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

United States of America

Massachusetts, ss.                                           Boston
                                                             #05-10478NG



MAYORAZGO EXPORT, S.L.

   V.

Larry V. Lee d/b/a
ASSOCIATED FRUIT TRADERS


ACCEPTANCE OF SERVICE

   Service of the summons and a copy of the complaint received on March 21, 2005 is hereby acknowledged and accepted this 30 day of March, 2005.



Larry V. Lee d/b/a
ASSOCIATED FRUIT TRADERS
by his attorney

Gary W. Cruickshank
Attorney at Law
21 Custom House ST, Ste 920
Boston, Ma 02110
Telephone # 617-330-1960
BBO: