UNITED STATES DISTRICT COURT
Eastern District of Massachusetts

Case Number 05 10478 NG

MAYORAZGO EXPORT, S.L.,
             Plaintiff

v.

LARRY V. LEE d/b/a ASSOCIATED
FRUIT TRADERS,
             Defendant

DEFENDANT'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM

Pursuant to the provisions of Fed.R.Civ.P. 9(b) and 12(b)(6) and Section 11 of Chapter 93A of the General Laws of the Commonwealth of Massachusetts, defendant Larry V. Lee moves to dismiss plaintiff's Complaint. In support of his motion, defendant Lee submits the attached Statement of Reasons and Authority.

Larry V. Lee,
by his attorney

Dated: April 19, 2005

Frank L. McElroy
2 Hooper Street
Marblehead, MA 01945
BBO #332380
Tel. 781.631.8700