UNITED STATES OF AMERICA

MASSACHUSETTS, SS                    CIVIL ACTION NO.05-10478-NG

In re:                                )
Mayorazgo Export S.L.                 )
    Plaintiff                         )    Suggestion of Bankruptcy
v.                                    )
Larry V. Lee d/b/a Associated         )
Fruit Traders                         )
    Defendant                         )

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

    Please be advised that Larry V. Lee the defendant in the above captioned matter, has filed a Chapter 7 petition in the United States Bankruptcy Court for the District of Massachusetts. The case is presently pending as docket number 05-15137-JNF. The case was filed on June 6, 2005.

    The filing of said petition automatically stays the within litigation.

                                             Larry V. Lee
                                             By his Counsel,

Dated: 6/7/05

                                             Gary W. Cruickshank, Esq.
                                             21 Custom House Street
                                             Suite 920
                                             Boston MA 02110
                                             (617)330-1960
                                             (BBO107600)

## CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that a copy of the foregoing Suggestion of Bankruptcy has been served, via regular United States mail, postage prepaid, upon Eugene W. Downing, Jr., Esq., Counsel to the Plaintiff, 363 Massachusetts Avenue, Suite 204, Lexington MA 02420.

Dated: 6/7/05

Gary W. Cruickshank, Esq.